**Order filed August 28, 2012**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00549-CR
_____

**CONRADO CALDERAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1314256**

## ORDER

Appellant has filed a motion to dismiss this appeal on the grounds the trial court granted appellant's motion for new trial on August 17, 2010. In order to determine our jurisdiction, the Court orders a partial clerk's record to be filed.

The Harris County District Clerk is directed to file a partial clerk's record on or before **September 10, 2012**, containing (1) the judgment, (2) notice of appeal, (3) motion for new trial, and (4) signed order granting the motion for new trial.

If any of these items are not part of the case file, the district clerk is directed to file a certified statement that the omitted item is not a part of the case file.


PER CURIAM